UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
PEDRO LIZ, :
*on behalf of himself and all others similarly* :
*situated*, :
: 24-CV-3952 (VSB)
Plaintiff, :
: **ORDER**
-against- :
:
:
SHAHID, INC., :
:
Defendant. :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  The Clerk of the Court has entered a Certificate of Default in this matter.  (Doc. 10.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.  Failure to take action may result in the case being dismissed for failure to prosecute.

SO ORDERED.

Dated: August 19, 2024
   New York, New York

_____
Vernon S. Broderick
United States District Judge